UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | )   No.  3:10-CR-56(01) RM |
| | ) |
| JAMES A. SIMON | ) |

OPINION and ORDER

Defendant James Simon filed a motion for disclosure of *Brady* material for sentencing purposes, seeking evidence relating to: (1) the government's computation of tax harm, or an acknowledgment that no computations were done; (2) the source of funds which made up the charges relative to the Foreign Bank Accounts Reports (FBARs); and (3) "any information describing the number of criminal prosecutions undertaken by the Government in situations where (a) there is no allegation of a pattern of unlawful activity underlying criminal FBAR charges…and/or (b) where the defendant charged with FBAR criminal violations has signature authority, but no financial interest in the subject accounts; and the rsults of such prosecutions (if any)."

The government contends that Brady v. Maryland, 373 U.S. 83 (1963) doesn't apply to the government's calculations of tax loss for 2004-2006 because they aren't "favorable to the accused," Mosley v. City of Chicago, 614 F.3d 391, 397 (7th Cir. 2010), and that it doesn't intend to use its calculations for 2003, but nonetheless has agreed to provide the calculations for 2003-2006 to Mr. Simon under separate cover, to protect his privacy.  The government maintains that Mr.

Simon's motion should be denied in all other respects because the evidence requested (*i.e.*, the origin or disposition of funds in Mr. Simon's foreign accounts, any transfers from Mr. Simon's foreign accounts into domestic accounts, or use of the funds for domestic purposes) was produced pretrial or introduced at trial; or doesn't fall under *Brady* because it doesn't involve Mr. Simon's conduct and is therefore not material (*i.e.*, evidence regarding other FBAR prosecutions). The court agrees.

The defendant's motion for disclosure of *Brady* material [Doc. No. 143] is GRANTED to the extent Mr. Simon seeks the government's computations relating to tax losses and deductions for tax years 2003-2006. In all other respects the motion is DENIED.

SO ORDERED.

ENTERED:  February 25, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court